KATHRYN KOHLMAN DRULINER     (SBN 148913)
**LAW OFFICES OF KATHRYN KOHLMAN DRULINER**
916 2nd Street
Sacramento, CA   95814
Telephone:   (916) 447-1965

Attorney for Defendant Melissa Meier

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,  Plaintiff,  vs.  Melissa Meier,  Defendant | No. 2:07-cr-0397 FCD  STIPULATION AND ORDER THEREON  DATE:  November 19, 2007  Time: 10:00am  Hon. Frank C. Damrell, Jr |

It is hereby stipulated between counsel for the government and defendant that the STATUS HEARING in the above captioned matter, presently scheduled for November 19, 2007 maybe continued to December 10, 2007 at 10:00 a.m. This continuance is necessary to allow the defendant's counsel to appear as she is in trial in Auburn.

/////

/////

/////

PAGE 1

IT IS FURTHER STIPULATED that the period from the date of this stipulation through and including November 13, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

DATE: November 16, 2007

/s/
Kathryn Kohlman Druliner
Attorney for Defendant

DATE: November 16, 2007

/s/
Michelle Rodriguez
United States Attorney

IT IS SO ORDERED

DATED: November 19, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE