UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No. 2:07-00397-FCD |
| v. ) | |
| MELISSA ANN MEIER ) | |
| ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      () Ad Testificandum

Name of Detainee:    MELISSA ANN MEIER
Detained at (custodian):
Detainee is:    a.)    (X) charged in this district by: (X) Indictment () Information () Complaint charging detainee with: 18 U.S.C. §§ 371, 1708, 1344(2), 18 U.S.C. § 1708 8 counts, 18 U.S.C. § 1344(2) - 12 Counts, 18 U.S.C. § 1028A(a)(1) - 2 Counts

     or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    () return to the custody of detaining facility upon termination of proceedings
     or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on **FORTHWITH**, in the Eastern District of California.*

Signature:    /s/ Michelle Rodriguez
Printed Name & Phone No:    MICHELLE RODRIGUEZ, Tel: 916-554-2700
Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum      () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 01/31/08      /s/ Gregory G. Hollows

HONORABLE GREGORY G. HOLLOWS
United States District/Magistrate Judge

meier.ord

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Fe-Male | |
| Booking or CDC #: | | DOB: | |
| Facility Address: | Butte County Jail | Race: | White |
| | 33 County Center Drive | FBI #: | |
| | Oroville, California 95965 | | |
| Facility Phone: | (530) 538-7471 | | |
| Currently Incarcerated For: | State Drug Possession charges | | |

## RETURN OF SERVICE

Executed on _____    By: _____
                                                                                                        (Signature)